*neth L. Kimble* for the Brotherhood of Railroad Trainmen et al., petitioners in No. 646 and respondents in No. 575.

No. 577. HARTFORD FIRE INSURANCE Co. *v.* ROBERTO ET AL. C. A. 7th Cir. Certiorari denied. *Clarence G. Myers* for petitioner. *Hector A. Brouillet* for respondents.

No. 588. WAIALUA AGRICULTURAL Co., LTD. *v.* MANEJA ET AL. C. A. 9th Cir. Certiorari denied. *Rufus G. Poole, John A. Danaher, Milton C. Denbo* and *Philip Levy* for petitioner.

No. 589. AMERICAN BANTAM CAR Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *David Berger* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for respondent.

No. 602. LEE ET AL. *v.* PAN AMERICAN AIRWAYS, INC. Supreme Court of New York, County of Westchester. Certiorari denied. *Harold J. Sherman* for petitioners. *Donald Havens* for respondent.

No. 605. COHEN ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Sidney G. Kusworm* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Robert S. Erdahl* for the United States.

No. 612. DAVIS *v.* PROSE ET AL. C. A. 7th Cir. Certiorari denied. *Howard T. Batman* and *David I. Day, Jr.* for petitioner. *Solicitor General Perlman* filed a memorandum for the United States, respondent, stating that the Government occupies the role of a stakeholder and takes no position as to whether the writ of certiorari

should issue. *Robert J. McPeak* and *Ernest M. Causey* for Prose, respondent.

No. 552. MESTICE *v.* MASI. Supreme Court of New Jersey. The motion for leave to file a substituted petition is granted. Certiorari denied.

No. 564. LITTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 166, Misc. McGOUGH ET AL. *v.* HIATT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 170, Misc. ALRED *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 202, Misc. CROMBIE *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Ivan A. Elliott,* Attorney General of Illinois, *William C. Wines, James C. Murray* and *Raymond S. Sarnow,* Assistant Attorneys General, for respondent.

No. 207, Misc. CROMBIE *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied. Petitioner *pro se. Ivan A. Elliott,* Attorney General of Illinois, *William C. Wines, James C. Murray* and *Raymond S. Sarnow,* Assistant Attorneys General, for respondent.

No. 221, Misc. ILLINOIS EX REL. MARINO *v.* RAGEN, WARDEN; and
No. 222, Misc. MARINO *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Wm. Scott Stewart* for